JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA Y. MENDOZA-DE RUIZ, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> CAROLYN W. COLVIN, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> Defendant. ) | Case No. LA CV 14-6590 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: September 18, 2015

_____
Hon. Jay C. Gandhi
United States Magistrate Judge